# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** January 20, 2022

**CASE OF:** PETER AVSENEW V. STATE OF FLORIDA

**DOCKET NO.:** SC18-1629

**OPINION FILED:** January 13, 2022

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On page 1, second line from the bottom, "Steven" was changed to "Stephen."

**SIGNED: OPINION CLERK**